IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAD RUSH, as Administrator of the Estate of Jeffrey Dennis, Deceased,**<br><br>*Plaintiff*<br><br>v.<br><br>**THE CITY OF PHILADELPHIA, et al.,**<br><br>*Defendants* | Case No. 2:19-cv-00932-JDW |

## ORDER

**AND NOW**, this 22nd day of June 2020, upon consideration of Plaintiff's Motion to Amend the Complaint and For Remand to the Court of Common Pleas of Philadelphia County (ECF No. 23), the responses thereto (ECF Nos. 24-25), and following a video hearing with the Parties, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

It Is **FURTHER ORDERED** that, if Plaintiff intends to dismiss his claims against the City of Philadelphia, he shall do so within seven days by filing a motion or stipulation pursuant to Fed. R. Civ. P. 41(a).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.