IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAD RUSH, as Administrator of the Estate of Jeffrey Dennis, Deceased,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE CITY OF PHILADELPHIA, et al.**,<br><br>*Defendants*. | Case No. 2:19-cv-00932-JDW |

## ORDER

**AND NOW**, this 29th day of January, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant Officer Richard Nicoletti's Motion for Summary Judgment (ECF No. 43) is **GRANTED IN PART** and **DENIED IN PART**;

2. Defendant The City of Philadelphia's Motion for Summary Judgment (ECF No. 44) is **GRANTED IN PART** and **DENIED IN PART**;

3. Summary judgment is entered as to Count I of the Complaint to the extent it is asserted against Officer Nicoletti in his official capacity; and

4. Both Motions are otherwise **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge