IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAD RUSH, as Administrator of the Estate of Jeffrey Dennis, Deceased,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE CITY OF PHILADELPHIA, et al.,**<br><br>*Defendants.* | **Case No. 2:19-cv-00932-JDW** |

## ORDER

**AND NOW**, this 27th day of September, 2024, it is **ORDERED** as follows.

1. The Petition of Plaintiff, Brad Rush, Administrator Of The Estate Of Jeffrey Dennis, Deceased, To Approve The Settlement And Distribution (ECF No. 94) is **GRANTED**.

2. Mr. Rush is authorized to enter into a settlement with The City Of Philadelphia and Officer Richard Nicoletti, in the gross amount of $1,100,000.

3. Defendants shall distribute the settlement proceeds within thirty days of the entry of this Order.

4. The settlement shall be allocated 100 percent to wrongful death damages.

5. Plaintiff's counsel, McEldrew Purtell, is entitled to attorneys' fees of 33 1/3 percent of the gross settlement and also to recover case costs, to be distributed as follows:

| | | |
|---|---|---|
| **GROSS SETTLEMENT PROCEEDS** | | $1,100,000.00 |
| To: | McEldrew Purtell (Attorneys' fees – 33 and 1/3%) | $366,666.66 |
| To: | McEldrew Purtell (Reimbursement of case costs) | $44,275.91 |

The total amount due to McEldrew Purtell is therefore $410,942.57.

6. The remaining $689,057.43 of the net settlement proceeds shall be allocated to the wrongful death fund, with cash payments to be distributed as follows:

| | | |
|---|---|---|
| **REMAINING NET SETTLEMENT PROCEEDS** | | $689,057.43 |
| To: | Selae Dennis | $229,685.81 |
| To: | Settlement Trust for M.D. (a minor) | $229,685.81 |
| To: | Settlement Trust for K.D. (a minor) | $229,685.81 |

7. The payments to M.D. and K.D. shall be to settlement trusts established through the Philadelphia Orphans' Court that a corporate trustee who the Philadelphia Court of Common Pleas approves will maintain.

8. Within sixty (60) days from the date of this final Order, counsel for Plaintiff shall file a certification under oath, attesting to compliance with this Order.

9. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
